# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER LOWE HICKLIN DC PLC d/b/a Clark Road Chiropractic, a Florida limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>                    Plaintiff,<br>     v.<br><br>MEDTRAINER, INC. and JOHN DOES 1-10,<br><br>                    Defendants. | Case No.: 8:16-cv-1081-SCB-AEP<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, CHRISTOPHER LOWE HICKLIN DC PLC, through its undersigned attorneys, hereby dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

                                      Respectfully submitted,

                                      CHRISTOPHER LOWE HICKLIN DC PLC

                                      By:  s/Ryan M. Kelly
                                              Ryan M. Kelly – FL Bar. 90110

                                      ANDERSON + WANCA
                                      3701 Algonquin Rd., Ste. 500
                                      Rolling Meadows. IL 60008
                                      Telephone:  847-368-1500
                                      Fax: 847-368-1501
                                      rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                           /s/ Ryan M. Kelly